IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: GENERAL ORDER OF THE COURT REGARDING REGISTRY FEE

## ORDER

It appearing to the Court that in view of a memorandum dated November 19, 1990, from Mr. L. Ralph Mecham, Director of the Administrative Office of the United States Courts, an order of directions and authority to the Clerk of this Court is appropriate and necessary.

IT IS THEREFORE ORDERED that the Clerk of this Court is hereby authorized and directed to comply with the procedures as set out in the aforementioned memorandum of Mr. Mecham, to collect a registry fee on all funds invested at interest in the Registry of this Court, including criminal-bond money deposited at interest. The amount of the fee shall be ten (10%) percent of the income earned regardless of the nature of the case underlying the investment. The collection of said fee shall be at the time any distribution of funds are made by the Clerk of Court, and without the necessity of any further order of this Court. This fee shall be effective, beginning with the deposit of funds on or after December 1, 1990.

IT IS FURTHER ORDERED that when a deposit is made into the Registry of this Court, all attorneys of record in said case shall be served with a copy of this Order until a Local Rule has been promulgated concerning this matter.

SO ORDERED, this 10th day of December, 1990.

B. AVANT EDENFIELD, Chief Judge
United States District Court
Southern District of Georgia

ATTEST: A TRUE COPY
tified to December 10 1990
Janice W. Pierce
Deputy Clerk